Buford *v.* Kennedy *et al.*

Where a writ of error is prematurely brought, the Supreme Court will exercise its discretion in granting leave, by way of direction, to enter the exceptions *pendente lite* in the court below. In this case leave is not granted.

April 21, 1890.

Practice in Supreme Court.

R. O. Lovett and D. R. Groover, for plaintiff. .

Lawson and Callaway, and T. H. Potter, for defendants.

Bleckley, Chief Justice.

No final judgment in the court below having been rendered before this writ of error was sued out, the case is still pending in that court, and was prematurely brought here. In this respect it is like *McGowan* v. *Lufburrow*, 81 *Ga.* 358. Counsel for plaintiff in error concedes this, and requests leave, by way of direction from this court, to file his exceptions *pendente lite*. We have looked into the record, and see no cause for granting this application. It would not, as we think, subserve the ends of substantial justice. We may be mistaken, but such is our opinion.

*Writ of error dismissed.*